JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PAUL HUPP,

             Petitioner,

    v.

ROB BONTA,

             Respondent.

Case No. 5:24-cv-00993-FLA (MAR)

**JUDGMENT**

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, it is hereby ADJUDGED that this action is DISMISSED with prejudice.

    IT IS SO ORDERED.

Dated: February 18, 2026



FERNANDO L. AENLLE-ROCHA
United States District Judge